[No. 10582.  *En Banc.*  July 30, 1913.]

O. YAMAOKA, *Respondent*, v. J. S. KLOEBER, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Ronald, J., entered March 30, 1912, upon findings favorable to the plaintiff, after a trial on the merits before the court without a jury, in an action on contract. Affirmed.

*Preston & Thorgrimson*, for appellant.

*Shank & Smith*, for respondent.

[1]Reported in 133 Pac. 460.

[2]Reported in 133 Pac. 1037.

ON REHEARING.

PER CURIAM.—The court has considered this case upon rehearing, and the majority of the court adhere to the opinion as reported in 71 Wash. 598, 129 Pac. 387, and for the reasons there given, the judgment should be affirmed.